Case 2:11-cr-00131-MJP   Document 141   Filed 05/31/11   Page 1 of 3


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR11-131-MJP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| DREW YIM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>: Conspiracy to Distribute Controlled Substances; Distribution of Cocaine and Methamphetamine; Distribution of MDMA; Distribution of Cocaine; Conspiracy to Engage in Money Laundering; Forfeiture Allegations

<u>Date of Detention Hearing</u>:    May 31, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been indicted for engaging in a scheme to distribute controlled substances and to launder large sums of cash in connection with that conspiracy. The investigation of the conspiracy has been ongoing for more than a year and multiple other defendants have been charged. Defendant is alleged to be a key leader in the organization.

2. In connection with the investigation, approximately one million dollars has been seized and large quantities of cocaine, MDMA, marijuana and methamphetamine.

3. Defendant was not interviewed by Pretrial Services. Much of his background information is not known. Defendant does not contest detention.

4. Defendant poses a risk of nonappearance due to lack of known or verified background information, and association with alias identifiers. He poses a risk of danger due to the nature of the instant offense and criminal history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 31st day of May, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3