UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff(s),<br><br>  v.<br><br>DREW YIM et al.,<br><br>              Defendant(s). | CASE NO. 2:11-cr-00131-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) The Government is ORDERED to respond to Defendant's motion to permit travel and for early termination of supervised release (Dkt No. 1134) no later than October 22, 2024.

Dated this 15th day of October 2024.

                                                            Ravi Subramanian
                                                          Clerk

                                                          */s/ Serge Bodnarchuk*
                                                          Deputy Clerk

MINUTE ORDER - 1