UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br>　　v.<br><br>DREW YIM et al.,<br><br>　　　　　Defendant(s). | CASE NO. 2:11-cr-00131-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) The U.S. Probation and Pretrial Services is ORDERED to state its position on Defendant's motion to permit travel and for early termination of supervised release (Dkt No. 1134) no later than October 22, 2024.

Dated this 18th day of October 2024.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　/s/ Serge Bodnarchuk
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1