UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br>   v.<br><br>DREW YIM,<br><br>                Defendant(s). | CASE NO. 2:11-cr-00131-KKE-1<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Government and United States Pretrial & Probation shall state their respective positions on Defendant's motion for permission to travel to Thailand (Dkt. No. 1148), no later than April 15, 2025. Defendant may file a reply brief no later than April 16, 2025. The clerk is instructed to RE-NOTE Defendant's motion (Dkt. No. 1148) for April 16, 2025.

Dated this 11th day of April, 2025.

<u> Ravi Subramanian </u>
Clerk


<u> /s/ Kathleen Albert </u>
Deputy Clerk

MINUTE ORDER - 1