UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>DREW YIM,<br><br>　　　　　　　　Defendant(s). | CASE NO. CR11-0131-KKE-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL |

Defendant filed a motion for permission to travel for business reasons to Thailand and Vietnam on April 20, 2025. Dkt. No. 1148. The Court re-noted the motion to account for the fact that Defendant's proposed travel date was before the noting date of the motion, and in the future Defendant shall file motions such as these with sufficient notice to allow for a full consideration of the issues by the Court and the parties.

Neither the Government nor U.S. Probation objects to this motion, so long as Defendant provides the travel details needed by U.S. Probation. Dkt. Nos. 1151, 1152. The Court therefore GRANTS the motion (Dkt. No. 1148) and ORDERS Defendant to provide all necessary details as requested by U.S. Probation before traveling.

Dated this 17th day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL - 1