UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff(s),<br>   v.<br><br>DREW YIM,<br><br>               Defendant(s). | CASE NO. CR11-0131-KKE-1<br><br>ORDER GRANTING UNOPPOSED<br>MOTION FOR LEAVE TO TRAVEL |

Defendant Drew Yim filed a motion for permission to travel to Taiwan and Vietnam. Dkt. No. 1155.[1]  Neither United States Probation nor the Government oppose this motion.  *Id.*

Having reviewed the files and records herein, the Court GRANTS Mr. Yim's motion.   Mr. Yim is permitted to travel to Taiwan and Vietnam from May 4–15, 2026.

Dated this 28th day of April, 2026.

Kymberly K. Evanson
United States District Judge

---

[1] Mr. Yim also filed a duplicative motion (Dkt. No. 1154) that is hereby terminated.

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TRAVEL - 1