UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>DREW YIM,<br><br>Defendant(s). | CASE NO. CR11-0131-KKE-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRAVEL |

Defendant Drew Yim filed a motion requesting permission to travel to China for business later this month. Dkt. No. 1158. Neither United States Probation nor the Government oppose this motion. *Id*.

Having reviewed the files and records herein, the Court GRANTS Mr. Yim's motion. Mr. Yim is permitted to travel to China October 13–15, 2026, returning October 20–22, 2026.

Dated this 7th day of October, 2026.

Kymberly K. Evanson
United States District Judge